**Opinion issued February 11, 2020**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00521-CR

———————————

**ANTHONY GLENN FOBBS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 179th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1529897**

---

## MEMORANDUM OPINION

Appellant, Anthony Glenn Fobbs, has filed a motion to dismiss the appeal. Although the motion does not contain appellant's signature, a letter, which does include his signature, attached to the motion indicates that appellant wishes to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). We have not issued a decision in

the appeal. The Clerk of this Court has sent a duplicate copy to the trial court clerk. *Id.*

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.

Do not publish. TEX. R. APP. P. 47.2(b).